# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137161(50)

BETTY SIMON and BOBBY SIMON, SR.,
      Plaintiffs-Appellants,

v

KIM WIDRIG, C.R.N.A., PASTOR A.
APEROCHO, JR., M.D., LIFECARE
ANESTHESIOLOGISTS, P.C., and
HILLSDALE COMMUNITY HEALTH
CENTER,
      Defendants-Appellees.

SC: 137161
COA: 277070
Hillsdale CC: 06-000408-NH

_____/

On order of the Court, the motion for reconsideration of this Court's March 18, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J. and CAVANAGH, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2009

Clerk

d1014